


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Dontez Johnson — 39818-060

(Enter above the full name of the plaintiff or plaintiffs in this action).

(Inmate Reg. # of each Plaintiff)

**VERSUS**

**CIVIL ACTION NO.** 2:17-cv-4244
*(Number to be assigned by Court)*

S Kallis Warden
Dunn Associate Warden
other Associate Warden [illegible]
M-UNIT-UNIT Manager Mr Rivera

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

**I. Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ______ No ✓

Additional Defendants

Captain - Name Unknown E. Howell

C. Bennett

J. Hanq

J. Freeze

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

Plaintiffs: Donte Johnson 39618-060

Defendants: S. Kallis (Warden)
Dunn Associate (Warden)
Other AW Associate Warden
Name Unknown

2. Court (if federal court, name the district; if state court, name the county);

3. Docket Number:

4. Name of judge to whom case was assigned:

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

6. Approximate date of filing lawsuit: 10-11-17

7. Approximate date of disposition:

**II. Place of Present Confinement:** F.C.I. Hazelton

A. Is there a prisoner grievance procedure in this institution?

Yes ✓ No ____

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ✓ No ____

C. If you answer is YES:

1. What steps did you take? I'd filed BP-8 and BP-9's

2. What was the result? Major, never received a Response to

D. If your answer is NO, explain why not: ____

**III. Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff: Dontez Johnson

Address: P.O. Box 2000, Bruceton Mills, WV 26525

B. Additional Plaintiff(s) and Address(es): ____

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: S. Kallis

is employed as: WARDEN

at F. C. I. Hazelton

D. Additional defendants: DUNN Associate WARDEN

[illegible] Associate WARDEN NAME UNKNOWN

CAPTAIN NAME UNKNOWN

C. Bennett

J. HAND

J. FREEZE

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Well I'm currently being held in ~~SHU~~ Special Housing Unit Because I've received Deaths threats. In General population And SIS falsified A Report which lead to lead to cruel & unusual punishment and violation of Petitioner's Due Process rights [illegible] [illegible]. And also caused Mental and Emotional Distress and also Pain & Suffering that also violation of Petitioner's 14 Amendment Also been violated up under the Equal protection clause of the US Constitution.

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: S. Kallis

is employed as: WARDEN

at F. C. I. Hazelton

D. Additional defendants: DUNN Associate WARDEN

[illegible] Associate WARDEN [illegible]

Captain [illegible]

C. Bennett

J. HAND

**IV. Statement of Claim**

J. FREEZE

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Well im currently being held in SIS special Housin Unit Because ive received Deaths threats. In General population And SIS falsified A Report which lead to lead to creul & unusual punishment and violation of Petitioners Due Process rights [illegible] violated. And also caused Mental and emotional Distress and also Pain & Suffering and also violation of petitioners 14th Amendment Also been violated up under the Equal protection clause of the US constitution

**IV. Statement of Claim (continued):**

Well i came to S.H.U. on Protective custody status. And i was Never interview by SIS. But they tried to force me back to General population without even investigating this matter. That i've been subjected to racial discrimation by C Bennett and J Hans seen White inmate fishing but let them fish. But once my celly start fishing they J [illegible] C Bennett ran in our cell and threw away [illegible] food and some of my legal material-Law work

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be financially compensat- For these Constitutional violations. And i want to sue these individuals seperately and jointly and i also love to have a jury trial. And i would love to be transferred. And i would love to sue these people for $100,000 jointly and seperately. And immediately transferred. Congress DID NOT intend to punish Protective custody inmates. And also request a copy

Then [illegible] Bennett has made me strip down naked and made me bend over and grab my ankles. And made several sexually explicit comments about my asshole And he Also said he's a white handler means- A whites slave-master. Then i told him All this corrupt stuff yall do. Yall Not stick None of yall going to be able to get away. And c Bennett said are you threatin me. And i said No. Bennett gave me a incident Report that i lost 10 days of good time. 4 Months of commissary privileges And 15 days of DS time. And the DS hearing officer use to work here as [illegible] so him being here is a conflict of interest Because the staff here are his friends that use to be his co-workers. When people that work for the Regional Director [illegible] suppose to work here because it's a conflict of interest Because he always side with his officers over inmates to even the facts right in front of him. And ive also been harrass by these same officers. And while being housed back here in solitary confinement. ive been subjected to Loss of privileges and AD inmates are suppose aren't suppose to be punitive. But ive been subjected to punitive restrictions without due Process

**V. Relief (continued)):**

of this 42 USC 1983 because im scared to give these people this 42 USC 1983 in because it might not get returned by them

**VII. Counsel**

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_______________

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes ______ No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

_______________

If not, state your reasons: Because I have no access to the internet. And only can use the money (1) a month.

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes ______ No N

If so, state the lawyer's name and address:

______________________________________________

______________________________________________

Signed this Oct. day of 17, 2017.

Lonta Johnson 39818-060

______________________________

______________________________

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-17-17.
(Date)

Lonta Johnson

Signature of Movant/Plaintiff

______________________________

Signature of Attorney
(if any)

Continued From pg (5)

Also also subjected to food that in medical documented that im allergic to on 10-14-17 C/O P. Folte feed me that im documented about I said walked off with the tray. Then P. Folte came back with the same tray. But he just took off the stuff that im allergic to. Which I be say he dont suppose to give me food that im medical documented about. And I said clone gave me Soy before also And fail to fix this problem

AND F.C.I. Hazelton gave inmates shampoo/conditioner for a whole month to bathe with Refuse to sell us Body Soap. And Refuse to give us soap. Which is cruel & unusual punishment And Also in violation of the 14 Amendment. Because similar situated are permitted to buy food Item and Hygeine Items on Administrative Detention segregation. Because A/D Administrative Detention is not suppose to be punitive. But were subjected to punitive Restrictions. Without Due process of Law. And They Also denied A/D inmates FLEX PENS.

And they also deny inmates sufficient time to conduct legal research. To file petitions and to meet court deadlines. Because id only receive two hours on the Law Library (1) Month And ive submitted several inmates requests so the petitioner has inadequate access to the Law Library. The Law Library provides "access to the Courts".

An inmate who must copy many pages by HAND requires alot of time in the library. The main purpose of the prison law is to provide access to the courts through the availability of Legal Materials. Total hours allotted insufficent to meet Court deadlines. Several states have been ordered by the courts to provide adequate access to legal Materials to inmates who are in administrative, medical, or disciplinary segregation.

These correctional Officers constantly serving us cold food.

And there constantly passing out mail at 8:00 p.m. Sometimes later than that And they cut out at light at 9:00 p.m. with NO Exceptions. Not enough time to Read and Respond to letters. People on A/D Status Are Not to Subjected to punitive Restrictions.

AND They Also Refuse to let me practice my Religion as stated in the U.S Constitution under the 1st AMENDMENT. They Refuse to let me participation in the Eid-Meal for MUSLIMS When I FAST with the Rest of the Muslims AND I attend Religious services every FRIDAY with the rest of the Muslims AND I'm on the call-out every FRIDAY.

pg(7)

A/D inmates only allowed 10 pictures. And the rest of the population are allowed unlimited pictures But A/D Don't suppose to be punitive.

And they also limit our communication with our family and the courts. Because they only allow (1) pencil per week NO Exceptions AND They will NOT ~~shar~~ sharpen them. And they only give us 10 or 12 Sheets of paper ~~ex~~ NO Exceptions. And They are only give us 10 EnEvolopes NO EXCEPTIONS. U And your celly have to share everything. Were Not allowed to buy pens-pencils-Envlopes paper Hygiene But A/D is Not suppose to be punitive.

And U Allowed (1) 15 minute call per month. But if the phone mess up within 1 minute or 2 minutes That youre whole ~~cell~~ phone call for the Month This Cruel & Unsual punishment.

And the only different between A/D and D/S ~~in~~ inmates per se is the only thing that A/D are allowed to buy is-(1) Radio Earbuds-batteries

And They promote Cleanness but refuse to give A/D inmates broom-mops-dustpan et All But give us 1 half cup full of Disinfect and 6X9 Scrub pad. So Therefore they force us on our hands and clean up. This is Clearly Cruel & Unsual

And they also use people "legal mail" for personal use. They never open our legal mail/special mail in the presence of Addressee.

And my unit Manager Mr Riveria always deny me BP 8's and BP 9's which he force me to get them from other Unit Team members [illegible] is clearly denying me access to the court. Because I have to file all my administrative remedies before filing a [illegible] 1983 to the U.S. District Court.

AND THE CHAPLAIN **NEVER** Respond to None of my cop outs. Nor do he come back here to SHU special Housing unit (SHU)

And there tryin to force me back on the compound by giving me incident Reports. And keep taking away privileges AND SIS never investigated this matter And there tryin to get me killed And they refused to thoroughly investigate this Matter And Force me to subjected to harsh restrictions without due process of LAW. And forced me to be subjected to these punitive restrictions. For saving my life. I should not be subjected to harsh restrictions FOR SAVING my LIFE. I'm Being punished FOR SAVING my LIFE.

So Therefore SIS Falsified a Report. which lead to these harsh restrictions. And there Also Stealing because the Federal government paid these people to do a job. which they are not doing.

~~They~~ And they also had us on lock-down For two weeks. And Force us to get cold Food For Almost Two weeks which BOP policy clearly says after 72 hours inmate suppose to receive Hot Meals which FCI Hazelton is famous for penciling in Rules As they go. which this is clearly cruel & unusual punishment.

AND They Refuse to give me a spoon to eat my Food with for 96 hours after they did a Fake shakedown. And threw away my spoon This is clearly retaliatory act by C Bennett and this CO/worker J Hano. Because im Utilizing my right to file inmates grievance and they threw away my Food And Some of my legal Mail. And C Bennett and J Hano have Been retaliatory acts because i'd Filed BP-8' and BP 9s on C Bennett On 8-13-17 C Bennett seen cell 133 on Range 3 Fishing and did not take their ~~line~~ homemade Fishing line Approx 45 min-1-hour after he made round he took my homemade line. And put me in my cell in homemade paper suit. But Let them Fish Because they are white

Boys And me and my Celly are black inmates. This is purely Racial discrimination. See Video Footage to confirm everything in this Report. 1:00p.m. 1:00p.m. And when C. Bennett strip searched me he keep making me grab my ankles and spread my Buttocks and cough. And keep making sexually explicit comments. And he Also stated Thats he's a "White handler." And he Also say "Take my scare ass back on the compound." And he also called me a "Snitch" and also stated That I "Snitch" on the police." Then he knows that I snitch on my case. Trying to entice inmates to harm me Because he called me a Snitch. On 8-11-17 At approx 8:05p.m. - 8:10p.m. C/o Hano and C. Bennett came on Range 3 And seen 13 fishing did Not take there homemade Fishing line or did Not search there cell.

On 8-21-17 C. Bennett pass out food on Range 3 And he intentionally stuck finger through All four pieces of my bread. Which cause me No To eat the bread. And he also announce on the range that I'm a check In And Also announced on the Range that I'm a Snitch.

And Also i was sleeping on steel from 8-21-17 to 8-26-17 sleeping a deflated mattress which is clearly cruel & unusual punishment on 8-26-17 C/O Exchanged the defected mattress that C/O C. Bennett Refused to Exchange. And he gave me a defected wash cloth And Refuse to Exchange it once i ask him to. When he had a bucket full of wash clothes He clearly retaliating since I've been filing my adminstrative Remedies against him

And WARDEN S. Kallis told me verbally to file my BP-9 If my unit-Team Refused to Respond to my BP-8s Then i was denied saying i didnt file a BP-8. Which i did. Then i talked to S. Kallis concerning these issues And Associate WARDEN DUNN and the other Associate WARDEN And the Captain. But they All Refuse to fix these errors.

Because i dont think congress intended for Protective custody inmates to be release from solitary confinement back to society without book Education And some type of job trade so they can be a productive member of society. So they can have a successful Entry back to society. And i think EX President Obama Signed a bill saying Protective custody should Not be subjection to be in solitary confinement in long periods. I think he Also said PC inmates

(12)

Shouldnt do more than 90 Days in solitary confinement.

And they also denying me a job. And there Also denying me a EDUCATION. AND they Also denying me Religious Services. And There also denying me Commissary. AND There also denying Hygeine Items. AND THERE Also denying me More than 10 pictures. AND THERE ALSO DENYING ME 300 Minutes on THE PHONE. AND THERE Denying me Sufficient HOURS ON THE LAW LIBRARY. AND THERE ALSO DENYING ME THE RIGHT TO HAVE MY LIGHT CUT-OFF WHEN I LIKE. AND THERE ALSO DENYING ME MAGAZINES Newspapers et All. AND THERE ALSO DENYING ME MY TRULINKS. I'm being Denied All THESE RIGHTS BECAUSE I Decided To SAVE my LIFE.

On 10-18-17 Captain E. Howell stated to me that youre Not getting a pen to go back to the compound than he "Jokingly" stated "Listen write it-up And showed me his Name-tag And Also stated to me "make sure you spell my NAME right." this happen between 2:00 p.m. 3:00 p.m. on Range 3 cell 147. Camera can verify him talking to me by door. This is very unprofessional of EXECUTIVE STAFF. But last week he told the property officer to give me a pen so, I can do my legal-work. But this week its differen

This place is famous for penalty In Rules that benefit them only.

Exhibit # 9

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: Johnson Dontez D | 39818-060 | S.H.U. | F.C.I. Hazelton
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** Well im Requestin to be moved from this corrupt prison because im a protective custody inmate. And i'd been subjected to harsh restrictions because i decided to save my life. Because ive received death threats because ive cooperated with the federal government and the computer says that i got a (3) point reduction for substantial assistance. And i came to solitary confinement and was not interviewed by SIS concerning these allegations. And receive a incident report for refusing to accept program assignment and refusing a direct order and sanctioned to 15 days loss of commissary. While being back here the associate warden name unknown told me that im not allowed my pictures only on general population. And then i stated to him im not going back to general population. And he stated "Tough Luck" and stated to me "solitary confinement is suppose to be for punishment" which i told him that i didnt break no rule to be back here and he stated to me "Youre problem not mines."

9-22-17 | Dontez Johnson
DATE | SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE | WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE | CASE NUMBER: ______

CASE NUMBER: ______

**Part C- RECEIPT**

Return to: ______
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: ______

DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN | BP-229(13) APRIL 1982

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: Johnson Dontez D | 39818060 | S.H.U | F.C.I. Hazelton
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** Well im Requestin that my 14th 5th 8th Amendment. Be Honored. Well my 14th Amendment is being violated because similar situated inmate are permitted to have food Items and Hygeine Items on A/D status. Because A/D status is not suppose to be puntive. Right now currently im on D/S status. But my D/S Time end Thur. 4 Fri. FCI Low-Elkton - F.C.I. Williamsburg - F.C.I. McKean Butner - Yazoo - Cannon - Big Sandy - Lewisburg - Coleman - 2 - Terre Haute - Atwater Are permitted limited food Items and Hygeine Items.

Due Process being violated - Because i was not sactioned by my UDC or D.H.O. to loss of commissary restriction and Hygeine items. Which these are the only two people allowed to saction you in the bureau of Prisons. of food Items.

8th Amendment. This is cruel + unsual punishment to give inmates Shampoo as soap for 1 whole month they forced inmates to bathe with shampoo. Also and they give us a half cup of disinfect and a 6X9 Brush pad. No-Broom - No-Mop - No Dust Pan and force us to clean our cells.

9-1-17 DATE Relief Request: Allowed us to buy limited Food and Hygeine Items. Dontez Johnson SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE | WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE** CASE NUMBER: ______

CASE NUMBER: ______

**Part C- RECEIPT**

Return to: ______
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: ______

DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

BP-229(13) APRIL 1982

U.S. DEPARTMENT OF JUSTICE — REQUEST FOR ADMINISTRATIVE REMEDY

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Johnson Dana [illegible] — [illegible] — [illegible] — [illegible]

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A- INMATE REQUEST** [illegible] ... the [illegible] right to the Federal Constitution [illegible] ... and he also made several [illegible] comments ... my constitutional rights have been denied ... have been subjected to [illegible] ... Johnson Dana [illegible] this matter be [illegible] and privately [illegible] due to [illegible] ... discrimination acts by [illegible] Board.

7-11-17 — [signature]

DATE — SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE — WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE** — CASE NUMBER: 915[illegible]-F1

CASE NUMBER: ____

**Part C- RECEIPT**

Return to: ____

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT: ____

DATE — RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN — BP-229(13) APRIL 1982

U.S. Department of Justice
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Johnson [illegible] — LAST NAME, FIRST, MIDDLE INITIAL | 39818-[illegible] — REG. NO. | S.H.U. — UNIT | F.C.I. Hazelton — INSTITUTION

**Part A - REASON FOR APPEAL**

Because my Constitutional protected rights have been violated And the warden Continue to Support Staffman And his actions. 14 Amendment Violation Because this C/O C. Bennett is not being Equal with Similarly situated inmates. Because he gave preferential treatment to white inmates over black inmates. Because the camera can verify him let the white inmates finish But seem to [illegible] me once black inmates do the Same thing and subjected us to harsh restrictions. Being in paper Suits. And Loss of privileges. Which clearly violates the 5th Amendment up under the Double jeopardy Clause Because inmate Should not be subjected to be Sanction twice for the Same offense. I was subjected to paper suits for 3 days. Then DHO Sanction me again for 15 Loss of Good time - 4 months Loss of Commissary, And 15 Days of [illegible] Time [illegible] C/O C. Bennett inflicted cruel & unusual punishment on black inmate [illegible] which inmates. And the warden told me personally that if they don't respond

9-22-17 — DATE | [signature] — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE | REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE | CASE NUMBER: ____

**Part C - RECEIPT**

CASE NUMBER: ____

Return to: ____ LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: ____

DATE | SIGNATURE, RECIPIENT OF REGIONAL APPEAL

U.S. Department of Justice
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Johnson, Dontez D | 39818-060 | S.H.U. | F.C.I. Hazelton
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL** Well i'd file in a timely manner. If my unit team to respond in a timely manner i should not be subjected to them not responding. The warden told to file a ~~E9~~ BP-9 if my unit fail to respond to my BP8.

Statements of facts C. Bennett let the white inmates do the same thing. but did not subjected to be punishment. Camera can verify this report from 1:30-10:00p.m.

Grounds for relief - which clearly violates the 14 Amendment of the U.S. constitution. Because this guarantees us equal protection of the laws. Which he let the white boys do and did not subject them to harsh restrictions. Like he did the black inmates.

Relief Requested: that ~~[illegible]~~ this incident should be dismissed and my privelegis restored becaus he violated my 14 Amendment and subjected to cruel & unsual punishment against the U.S. constitution.

10-1-17
DATE

[signature]
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY

CASE NUMBER: ______

**Part C - RECEIPT**

CASE NUMBER: ______

Return to: ______
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: ______

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

# FCI Hazelton ADMINISTRATIVE DETENTION Commissary Sheet

Name:________ Register Number:________ Date:________

Cell Number:________ Range:________

*** READ PRIOR TO FILLING OUT LIST ***

You are only allowed to purchase a limited number of Items from each category. If you select more than the limited amount in a category, you will not receive any items from that category. The limits are displayed below each category. Items that you are allowed to purchase more of will be notated with the limit in parenthesis beside the item. Slips that are incomplete, un-readable or missing any Inmate information will not be filled. All sales are final, no refunds, exchanges or substitutions for missing items will not be allowed. Your spending limit is $50.00 Bi-weekly. Commissary is not responsible for lost, stolen or damaged slips.

(Sign on line that your acknowledge these conditions. Failure to sign will result in your list not being filled)

Inmate Signature:________

| Limit of $18.80 Stamps Per Week (Total) | | |
|---|---|---|
| QTY | ITEM | Price |
| | .47 Single Stamp | $0.47 |
| | Book of Stamps | $9.40 |
| | .02 Single Stamp | $0.02 |
| | | |
| | Legal Envelopes (limit 2) | $.90 |
| | | |
| QTY | Radio/Ear Buds | Price |
| | Clear Sony 1 Battery Radio | $27.50 |
| | Koss-GL-3 Ear Buds | $4.55 |
| | | |
| | | |
| QTY | Batteries (Limit 1 Each) | Price |
| | AA | $2.20 |
| | AAA | $2.20 |

S. Kallis

S. Kallis, Warden

Updated 12/20/2016

| Limit 2 of Each Items from OTC Medication Category | | |
|---|---|---|
| QTY | OTC Medication | Price |
| | Allergy Cold Relief | $1.30 |
| | Antacid | $3.23 |
| | Aspirin | $1.40 |
| | Acetaminophen | $2.15 |
| | Tums | $2.23 |
| | Tussin Cough Syrup | $2.28 |
| | Ibuprofen | $2.75 |
| | Loratidine | $1.90 |
| | Halls Cherry Stick | $1.00 |
| | Multivitamins | $1.90 |
| | Vitamin B-Complex | $2.50 |
| | Vitamin C | $1.94 |
| | Vitamin E 200 | $2.33 |
| | Calcium Tablets | $2.05 |
| | Artificial Tears | $2.10 |
| | Vapor Rub | $2.10 |
| | Milk of Magnesia | $2.23 |
| | Triple Antibiotic Cream | $2.30 |
| | Hemorrhoid Cream | $3.85 |
| | Hydrocortisone Cream | $1.55 |
| | Tolnaftate Cream | $1.70 |
| | Muscle Rub Cream | $2.30 |
| | Anti-Fungal Foot Powder | $4.65 |
| | Naproxen | $3.90 |
| | Lamisil | $13.30 |
| | Gas Relief Chew | $1.95 |
| | Fiber Tablets | $6.00 |
| | A&D Ointment | $4.35 |
| | Pink Bismuth | $3.00 |
| | Omiprazole | $14.30 |
| | Acid Reducer (Ranitidine) | $3.70 |
| | Imodium | $2.75 |
| | Stool Softener | $1.20 |

| These Require a Health Services Signature/Stamp | | |
|---|---|---|
| QTY | ITEM | Price |
| | Degree Deodorant | $2.90 |
| | Acne Treatment Cream | $1.60 |

Health Services Approval Stamp